and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAX SMITH and Another, Copartners, etc., Appellants, v. UNION INDEMNITY COMPANY, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of CHARLES H. McKINNEY, Appellant, v. ·GEORGE V. McLAUGHLIN, as Police Commissioner of the City of New York and Trustee and Treasurer of the Police Pension Fund, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of JOHN F. SWEENEY, Appellant, v. GEORGE V. McLAUGHLIN, as Police Commissioner of the City of New York and Trustee and Treasurer of the Police Pension Fund, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of the CORPORATION COUNSEL OF THE CITY OF NEW YORK for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine Compensation Which Should Justly Be Made to Certain Owners Abutting on Old Boston Road or Post Road, Legally Entitled to Damages Caused by the Closing of that Part of Old Boston or Post Road in Block 3005, in the Borough of The Bronx, etc. (Claim of NELLIE LITTLEWOOD, as Administratrix, etc., of ESTHER NUTTALL, or ESTHER NUTTAL, Deceased, for Damages by Reason of the Closing of Lillian Place, Otherwise Known as Division Street.)— Order affirmed, with ten dollars costs and disbursements. (See *Matter of Trull* v. *O'Brien*, 210 App. Div. 628; affd., on opinion below, 240 N. Y. 587.) Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of the CORPORATION COUNSEL OF THE CITY OF NEW YORK for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation Which Should Justly Be Made to Certain Owners Abutting on Old Boston Road or Post Road, Legally Entitled to Damages Caused by the Closing of that Part of Old Boston or Post Road in Block 3005, in the Borough of the Bronx, etc. (Claim of LILLIAN TREMONT REALTIES, INC., as Assignee of WILLIAM D. CORCORAN, as Administrator, etc., of WILLIAM D. CORCORAN, Deceased, for Damages by Reason of the Closing of Lillian Place, Otherwise Known as Division Street and Locust Avenue, Otherwise Known as Tremont Avenue, Otherwise Known as Old Boston Post Road.)—Order affirmed, with ten dollars costs and disbursements. (See *Matter of Trull* v. *O'Brien*, 210 App. Div. 628; affd., on opinion below, 240 N. Y. 587.) Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY A. COKELEY, Appellant, v. BRASS & BRONZE SPECIALTY CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Proving the Last Will and Testament of JULIUS HERMANN (Also Known as JULES HERMAN), Deceased, etc.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MORRIS FREEDMAN and Another, Appellants, v. JOSEPH P. DAY, INC.; Defend-